UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 fax
lawfirm@kasuribyck.com
Bar ID: 026831988

Order Filed on April 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen K. Andapally
Debtor

Case No.:   18-15084-KCF

Chapter:   13

Judge:   Ferguson

# ORDER AUTHORIZING RETENTION OF

Harrison Ross Byck

The relief set forth on the following page is **ORDERED**.

**DATED: April 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ____Harrison Ross Byck____

as _____Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Kasuri Byck LLC

   340 US Highway 1 North

   Edison, NJ 08817

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*