Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.:  18−15084−KCF
                        Chapter:  13
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−7413

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 11, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 16
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 16). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/11/2018. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 11, 2018
JAN: dmi

                                                                               Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-15084-KCF
Praveen K Andapally                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: May 11, 2018
                              Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
lm          BANK OF AMERICA,   PO Box 317853,   Tampa, Fl   33631-385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
    Albert    Russo    docs@russotrustee.com
    Charles G. Wohlrab    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
    Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com, kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
    Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
    Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
    Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT NJ_ECF_Notices@McCalla.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 8