**Caption in Compliancer with D.N.J. LBR 9004-2(c)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for Bank of America, N.A.

Order Filed on September 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-15084-KCF

Judge: Kathryn C. Ferguson

Chapter: 13

In Re:
Praveen K Andapally
                          Debtor

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on May 11, 2018:

Property: 6 Richard Rd, Edison, NJ 08820

Creditor: Bank of America, N.A.

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by Bank of America, N.A., and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective August 31, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 18-15084-KCF
Praveen K Andapally                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 05, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
db              +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Amy Forman    on behalf of Creditor   Green Hollow Condominium Association
       aforman@theassociationlawyers.com
      Charles G. Wohlrab    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@logs.com,
       njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
       kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
      Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
       agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@blankrome.com,
       bkgroup@kmllawgroup.com
      Lynn Therese Nolan    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington
       Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
       but solely as trustee for BCAT 2015-14BTT ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
      Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington
       Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
       but solely as trustee for BCAT 2015-14BTT NJ_ECF_Notices@McCalla.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 10