UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 18-021949
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR CARRINGTON MORTGAGE SERVICES, LLC

IN RE:

PRAVEEN K ANDAPALLY, DEBTOR

Order Filed on November 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 18-15084-KCF

HEARING DATE: NOVEMBER 14, 2018

JUDGE: HONORABLE KATHRYN C. FERGUSON

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the Court by Harrison Ross Byck, Esquire, Attorney for the Debtor, upon filing of a Chapter 13 Plan, and Charles G. Wohlrab, Esquire, Attorney for Carrington Mortgage Services, LLC, hereinafter "Secured Creditor," upon the filing of a Notice of Objection to Confirmation of Plan, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is the mortgagors, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 310 Green Hollow Drive, 31 Woodbridge, New Jersey 08830.

2. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $22,111.01; as evidenced in Secured Creditor's Proof of Claim No. 1-1 filed April 23, 2018.

3. Debtor agrees to incorporate this amount, $22,111.01, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default and fully satisfy the total debt claim.

4. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on March 28, 2018 ECF Doc.:14.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 10-31-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 10/26/18
Harrison Ross Byck, Esquire
Attorney for the Debtor