UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 18-021949
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR CARRINGTON MORTGAGE SERVICES, LLC

**Order Filed on November 5, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

PRAVEEN K ANDAPALLY, DEBTOR

CASE NO.: 18-15084-KCF

HEARING DATE: NOVEMBER 14, 2018

JUDGE: HONORABLE KATHRYN C. FERGUSON

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the Court by Harrison Ross Byck, Esquire, Attorney for the Debtor, upon filing of a Chapter 13 Plan, and Charles G. Wohlrab, Esquire, Attorney for Carrington Mortgage Services, LLC, hereinafter "Secured Creditor," upon the filing of a Notice of Objection to Confirmation of Plan, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is the mortgagors, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 310 Green Hollow Drive, 31 Woodbridge, New Jersey 08830.

2. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $22,111.01; as evidenced in Secured Creditor's Proof of Claim No. 1-1 filed April 23, 2018.

3. Debtor agrees to incorporate this amount, $22,111.01, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default and fully satisfy the total debt claim.

4. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on March 28, 2018 ECF Doc.:14.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____          Date: 10-31-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____          Date: 10/26/18
Harrison Ross Byck, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15084-KCF
Praveen K Andapally                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Nov 05, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db    +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Amy    Forman     on behalf of Creditor    Green Hollow Condominium Association aforman@theassociationlawyers.com
      Charles G. Wohlrab     on behalf of Creditor     CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Harrison Ross Byck     on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com, kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
      Jordan Seth Blask     on behalf of Creditor     PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
      Kevin Gordon McDonald     on behalf of Creditor     BANK OF AMERICA, N.A. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
      Lynn Therese Nolan     on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
      Melissa N. Licker     on behalf of Creditor     Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT NJ_ECF_Notices@McCalla.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 10