Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−15084−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Praveen K Andapally
    6 Richard Road
    Edison, NJ 08820

Social Security No.:
    xxx−xx−7413

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/16/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 16, 2018
JAN: slf

                                                                               Jeanne Naughton
                                                                               Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 18-15084-KCF
Praveen K Andapally                                               Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Nov 16, 2018
                               Form ID: 148                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028
lm              BANK OF AMERICA,    PO Box 317853,    Tampa, Fl 33631-385
cr             +Fay Servicing, LLC, as servicer for Wilmington Sav,     McCalla Raymer Leibert Pierce, LLC,
                 99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
cr             +Green Hollow Condominium Association,     McGovern Legal Services, LLC,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
cr             +PNC Bank, National Association,    c/o Jordan S. Blask, Esq.,     Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
517471956      +Carrington Mortgage Services, LLC,     POB 3730,    Anaheim, CA 92803-3730
517473077      +Carrington Mortgage Services, LLC,     1600 South Douglass Rd., Suite 200-A,
                 Anaheim, CA 92806-5951
517389285      +Citi Mortgage,    c/o Carrington Mortgage Svcs,     PO Box 3489,    Anaheim, Ca 92803-3489
517389286       Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517526448      +Fay Servicing, LLC,    Bankruptcy Department,     3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
517389287       Green Hollow Condo Assn,    c/o IMPAC,    PO Box 52924,    Phoenix, AZ 85072-2924
517667291      +Green Hollow Condominium Association, Inc.,      c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
517532680      +Wells Fargo Bank, N.A.,    Gwen Williams,    301 S. Tryon Street, 16th Floor,    MAC D1130-161,
                 Charlotte, NC 28282-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2018 00:40:59      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2018 00:40:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517389284      +EDI: BANKAMER.COM Nov 17 2018 05:13:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
517536582       EDI: BANKAMER.COM Nov 17 2018 05:13:00      Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517667296*     +Green Hollow Condominium Association, Inc.,      c/o McGovern Legal Services LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Amy Forman    on behalf of Creditor    Green Hollow Condominium Association
               aforman@theassociationlawyers.com
              Charles G. Wohlrab    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Nov 16, 2018
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
         Lynn Therese Nolan    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
         Melissa N. Licker    on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT NJ_ECF_Notices@McCalla.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 10