| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on November 16, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br><br>Praveen K Andapally<br><br><br><br><br>Debtor(s) | Case No.: 18-15084 / KCF<br><br>Chapter: 13<br><br>Hearing Date: November 14, 2018<br><br>Judge:  Kathryn C. Ferguson |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: November 16, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file required schedules, statements, plan and/or summary
- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-15084-KCF
Praveen K Andapally                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 16, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:
     Albert     Russo    docs@russotrustee.com
     Amy    Forman     on behalf of Creditor    Green Hollow Condominium Association
      aforman@theassociationlawyers.com
     Charles G. Wohlrab    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC cwohlrab@logs.com,
      njbankruptcynotifications@logs.com
     Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Harrison Ross Byck     on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
      kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
     Jordan Seth Blask     on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
      agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
     Kevin Gordon McDonald     on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@blankrome.com,
      bkgroup@kmllawgroup.com
     Lynn Therese Nolan     on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington
      Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
      but solely as trustee for BCAT 2015-14BTT ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
     Melissa N. Licker     on behalf of Creditor    Fay Servicing, LLC, as servicer for Wilmington
      Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
      but solely as trustee for BCAT 2015-14BTT NJ_ECF_Notices@McCalla.com
     U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 10